IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JESUS HERNANDEZ, K66549,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MONTI and CRISTINE VINYARD,<br><br>Defendants. | ) | Case No. 24-cv-1216-RJD |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff filed this lawsuit pro se pursuant to 42 U.S.C. §1983, alleging that Defendant violated his Eighth Amendment rights at Centralia Correctional Center. Doc. 17. On two occasions, the Court warned Plaintiff that he must notify the Court of any changes in address within 14 days of the change or his case may be dismissed. Docs. 5, 17. Currently pending before the Court is Defendant's Motion to Dismiss. Doc. 35. Defendants explain that their attorney learned that Plaintiff was no longer incarcerated within the Illinois Department of Corrections and received a Chicago address for Plaintiff from staff at Centralia Correctional Center. Doc. 38. On June 24, 2026, defense counsel mailed Plaintiff a notice for his deposition at his new address in Chicago on July 16, 2026. *Id*. Plaintiff did not appear for his deposition. *Id*. On July 27, 2026, Defendants filed the instant Motion to Dismiss.

More than two months later (as of the date of this order), Plaintiff has not filed a Response to the Motion to Dismiss. Defense counsel sent the motion to Centralia Correctional Center (as

that remains Plaintiff's address of record) and also to the Chicago address provided by Centralia Correctional Center. IDOC's website confirms that Plaintiff is no longer incarcerated.[1] The Court cannot be certain as to whether Plaintiff received the Motion to Dismiss, but that is why it is so important for pro se litigants to comply with the Court's orders regarding address changes. In any event, it appears quite certain that Plaintiff has lost interest in this case. Federal Rule of Civil Procedure 41(b) permits the Court to grant a motion to dismiss a case for the plaintiff's failure to prosecute. Dismissal is appropriate here because Plaintiff failed to comply with Orders by the Court. Consequently, Defendant's Motion (Doc. 38) is GRANTED and this case is DISMISSED WITH PREJUDICE. All pending deadlines and Court settings are VACATED. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: October 6, 2026**



**Hon. Reona J. Daly**
**United States Magistrate Judge**

[1] https://idoc.illinois.gov/offender/inmatesearch.html (last accessed Oct. 5, 2026).